

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-23-00333-CR

## IN RE MARQUISE DAVAR HODGE

_____

## Original Proceeding

## From the 40th District Court
## Ellis County, Texas
## Trial Court No. 44392CR

_____

## MEMORANDUM OPINION

_____

Relator's petition for writ of mandamus, filed on October 31, 2023, is denied.  His

motion for leave to file the petition is dismissed as moot.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Johnson, and
        Justice Smith
Petition denied
Motion dismissed
Opinion delivered and filed November 9, 2023
Do not publish
[OT06]

